FILED by DD D.C.

Aug 1, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-60221-CR-MORENO/SELTZER**

18 U.S.C. § 371
18 U.S.C. § 659

UNITED STATES OF AMERICA

v.

YANDY ALFONSO
and
JOSE CANAURA,

　　　　　Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy To Steal Goods From Interstate Shipment
### (18 U.S.C. § 371)

From on or about May 11, 2018, through on or about May 19, 2018, in Broward, Palm Beach, and Miami-Dade Counties, in the Southern District of Florida and elsewhere, the defendants,

**YANDY ALFONSO**
**and**
**JOSE CANAURA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly steal, unlawfully take, and carry away goods valued at $1,000 or more, namely, tobacco products from a motortruck and trailer, with intent to convert to their own use,

which goods were moving as, and which were part of, and which constituted an interstate and foreign shipment of freight and property, in violation of Title 18, United States Code, Section 659.

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for defendants YANDY ALFONSO, JOSE CANAURA, and their co-conspirators, to unlawfully enrich themselves by stealing merchandise while it was being transported in interstate and foreign commerce.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the purpose and object thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

A. On May 11, 2018, defendants ALFONSO and CANAURA drove a cream-colored Dodge Ram 1500 pick-up truck to the vicinity of 599 Atlantic Shores Blvd., where a tractor trailer containing tobacco products was parked.

B. On May 11, 2018, defendant CANAURA exited the pick-up trunk and entered the cabin of the tractor through the passenger side door and opened the driver's side door.

C. On May 11, 2018, defendant CANAURA worked underneath the front dash for an extended period of time.

D. On May 11, 2018, defendant ALFONSO exited the pick-up truck and entered the tractor and sat in the driver's seat, while defendant CANAURA continued to work under the dash of the truck.

E. On May 11, 2018, defendants ALFONSO and CANAURA closed the driver's side door of the tractor and returned to the pick-up truck.

2

F. On May 11, 2018, defendants ALFONSO and CANAURA returned to the tractor trailer in the pick-up truck and opened the hood of the tractor.

G. On May 11, 2018, defendant CANAURA drove away in the pick-up truck.

H. On May 11, 2018 defendant ALFONSO drove away in the tractor trailer and its contents.

I. On May 11, 2018, defendants ALFONSO and CANAURA stole a tractor trailer containing tobacco products valued at over $200,000, which was parked in the vicinity of 599 Atlantic Shores Blvd, Hallandale Beach, Florida, near the Mardi Gras Casino.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Theft of Goods From Interstate Shipment
### (18 U.S.C. § 659)

From on or about May 11, 2018 through on or about May 19, 2018, in Broward, Palm Beach, and Miami-Dade Counties, in the Southern District of Florida, the defendants,

**YANDY ALFONSO**
**and**
**JOSE CANAURA,**

did knowingly steal, unlawfully take, and carry away goods valued at $1,000 or more, namely, tobacco products from a motortruck and trailer, with intent to convert to their own use, which goods were moving as, and which were part of, and which constituted an interstate and foreign shipment of freight and property, in violation of Title 18, United States Code, Sections 659 and 2.

3

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, YANDY ALFONSO and JOSE CANAURA, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 659, or conspiracy to commit such violation, as alleged in this Indictment, the defendants shall each forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), which is made criminally applicable by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_Thomas J. Mulhill_
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_[signature]_
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

YANDY ALFONSO AND JOSE CANAURA,

_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami   ___ Key West
_✓_ FTL     ___ WPB   ___ FTP

New defendant(s)            Yes ____ No ____
Number of new defendants    ____
Total number of counts      ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I   | 0 to 5 days    | ✓ | Petty   |   |
   | II  | 6 to 10 days   |   | Minor   |   |
   | III | 11 to 20 days  |   | Misdem. |   |
   | IV  | 21 to 60 days  |   | Felony  | ✓ |
   | V   | 61 days and over |   |       |   |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____ No _✓_

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____ No _✓_

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0712450

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: YANDY ALFONSO          **Case No**: _____

Count: 1

Conspiracy to steal goods from interstate commerce

in violation of Title 18, United States Code, Section 371

\* **Max. Penalty:** Five (5) years' imprisonment, three (3) years' supervised release, $250,000 fine

Count: 2

Cargo Theft

in violation of Title 18, United States Code, Section 659

\* **Max. Penalty:** Ten (10) years' imprisonment, three (3) years' supervised release, $250,000 fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>JOSE CANAURA</u>     **Case No**: _____

Count: 1

<u>Conspiracy to steal goods from interstate commerce</u>

<u>in violation of Title 18, United States Code, Section 371</u>

\* **Max. Penalty:** <u>Five (5) years' imprisonment, three (3) years' supervised release, $250,000 fine</u>

Count: 2

<u>Cargo Theft</u>

<u>in violation of Title 18, United States Code, Section 659</u>

\* **Max. Penalty:** <u>Ten (10) years' imprisonment, three (3) years' supervised release, $250,000 fine</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.