UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60221-CR-MORENO

UNITED STATES OF AMERICA

v.

JOSE CANAURA,

      Defendant.
_____/

## PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America and the defendant, Jose Canaura, submit these agreed facts in support of the defendant's plea of guilty to Count 2 of the indictment. The parties agree that if this case were to proceed to trial, the government would prove the following facts beyond a reasonable doubt.

1. On May 11, 2018, a truck driver with the initials "B.A.T.", employed by IMG Trucking, Inc., drove a tractor-truck pulling a 53-foot-long trailer, often referred to as a tractor-trailer or 18-wheeler, to the warehouse of Mecca Enterprises, Inc., located at 1541 North Powerline Road, Pompano Beach, Broward County, Florida. After arriving at the warehouse, tobacco products, that is, mini-cigars, valued at $206,138.40 were loaded into the trailer. The tobacco products were being sold by Mecca Enterprises, Inc., to J&D Distributors, 315 Green Ridge Road, New Castle, Pennsylvania.

2. While the tobacco products were being loaded into the trailer, a security camera recorded a cream-colored Dodge Ram pickup truck parked next to the tractor-trailer and in view of Mecca Enterprises employees. After the trailer was loaded and the rear trailer doors secured, B.A.T. departed from Mecca Enterprises driving the tractor-trailer. As B.A.T. was departing, a

2

second security camera recorded the same cream-colored Dodge Ram pickup truck, including its license plate, following B.A.T. The pickup truck was a 2006 cream-colored Dodge Ram 1500 pickup truck bearing Florida license plate IDY L08. One of the registered owners of that pickup truck was the co-defendant, Yandy Alfonso, who had a listed address in West Palm Beach Florida.

3. B.A.T. drove the tractor-trailer to the intersection of Atlantic Shores Boulevard and U.S. Route 1 in Hallandale Beach, Broward County, in the Southern District of Florida. On May 11, 2018, at approximately 4:53 p.m., B.A.T. parked the tractor-trailer on Atlantic Shores Boulevard just west of U.S. Route 1. B.A.T. intended to leave the tractor-trailer and its cargo at that location until the following morning, when he would depart and deliver the cargo to J&D Distributors in Pennsylvania. At approximately 4:59 p.m., after parking and locking the tractor-trailer, B.A.T. was picked up by his wife, who was driving a white Volkswagen Passant. They drove east on Atlantic Shores Boulevard to their residence a few miles away.

4. On May 12, 2018, at approximately 6:00 a.m., B.A.T. returned to the location where he had parked the tractor-trailer and discovered that it had been stolen, along with the tobacco products in the trailer. B.A.T. reported the theft to the Hallandale Beach Police Department ("HBPD"), which began an investigation into the theft. The Federal Bureau of Investigation ("FBI") subsequently began handling the investigation.

5. Hallandale Beach, and other locations in Florida, have digital cameras that photograph the rear of vehicles, including the license plates of the vehicles. The cameras are connected to a License Plate Recognition ("LPR") system that uses a special form of optical character recognition ("OCR"). This technology enables computer systems to read automatically the license plate numbers of vehicles from digital pictures taken by the cameras. The pixels of

the digital image are transformed into the numbers and alphabetic characters on the license plates and stored electronically. Subsequent searches can be made of the LPR electronic database.

6. A search of the LPR electronic database revealed that on May 11, 2018, when B.A.T. was picked up and driven home, he was followed by persons in two vehicles, the Dodge Ram pickup truck bearing Florida license plate IDY L08, and a 2006 black Infiniti FX35 SUV bearing Florida license plate 502 PVF. The registered owner of that Infiniti SUV was V.A., who resided at an address in West Palm Beach with the defendant, Jose Canaura.

7. HBPD detectives checked with the Big Easy Casino and learned that its security camera system had recorded the theft of the tractor-trailer. On May 11, 2018, at approximately 4:53 p.m., a Big Easy Casino security camera recorded B.A.T. parking the tractor-trailer, and a couple of minutes later recorded a cream-colored Dodge Ram pickup truck drive past the tractor-trailer.

8. On May 11, 2018, at approximately 5:21 p.m., a Big Easy Casino security camera recorded the Dodge Ram pickup truck return to the tractor-trailer where B.A.T. had parked it. The Dodge Ram was occupied by the driver, co-defendant Yandy Alfonso, and by a passenger, defendant Jose Canaura. Alfonso double-parked next to the tractor-trailer and turned on his flashing hazard warning lights. Canaura exited the pickup truck and walked in front of the tractor-trailer to the passenger side, where the camera's view was blocked by the tractor. Alfonso exited the pickup truck and walked to the rear of the tractor-trailer, where the camera's view was blocked by the trailer.

9. At approximately 5:26 p.m., Canaura was recorded inside the tractor and opening the driver's door. Canaura was then recorded on the driver's side, standing on the tractor's step, and leaning under the tractor's dashboard, where he appeared to be working for an extended

3

period of time.

10. At approximately 5:29 p.m., Alfonso entered the tractor and sat in the driver's seat while Canaura was working under the dashboard.

11. At approximately 5:40 p.m., both Alfonso and Canaura entered the Dodge Ram pickup truck and drove away.

12. At approximately 5:58 p.m., both Alfonso and Canaura returned in the Dodge Ram pickup truck and at approximately 6:00 p.m., they opened the tractor's hood.

13. At approximately 6:17 p.m., Canaura drove the Dodge Ram pickup truck a short distance away and parked. At approximately 6:19 p.m., Alfonso drove the stolen tractor-trailer west on Atlantic Shores Boulevard, made a U-turn, drove east on Atlantic Shores Boulevard, and then turned left on U.S. Route 1 and drove north. Shortly thereafter, the Dodge Ram pickup was recorded following the stolen tractor-trailer on U.S. Route 1. A different Big Easy Casino camera then recorded the Dodge Ram pickup truck driving west on Pembroke Road, followed by the stolen tractor-trailer.

14. Three Global Positioning System ("GPS") devices were installed in the tractor, in the trailer, and concealed in the tobacco products inside the trailer. The first GPS device in the tractor was disabled at the time of the theft. The second GPS device in the trailer was disabled at approximately 7:52 p.m., when the trailer was near 1220 Belvedere Road, West Palm Beach, Florida. The third GPS device that had been concealed in the tobacco products inside the trailer revealed that at approximately 9:13 p.m., the GPS device arrived at an address in Loxahatchee, Florida, which is the address of G.A., the brother of co-defendant Yandy Alfonso. At approximately 9:45 p.m., this third GPS device departed from the Loxahatchee property, and at approximately 10:08 p.m., the GPS device was disabled. That third GPS device was later

recovered alongside a canal a few miles from the Loxahatchee property of G.A.

15. On May 12, 2018, at approximately 7:10 p.m., the stolen tractor was recovered in Boynton Beach, Florida. The exterior passenger door handle of the abandoned tractor was damaged when the door was forced open during the theft

16. On May 19, 2018, the stolen trailer was recovered in Miami, Florida. The abandoned trailer was empty and the stolen tobacco products were never recovered.

17. On June 25, 2018, an FBI Special Agent and a detective working as an FBI Cargo Theft Task Force member interviewed defendant Canaura at his residence in West Palm Beach, Florida. They approached Canaura as he was exiting a black 2006 Infiniti FX35 SUV bearing Florida license plate 502 PVF. Canaura said that even though the SUV was registered to his wife, he owned the SUV, and only he drove the SUV. Canaura pointed to another vehicle in the driveway and said that other vehicle was his wife's vehicle.

18. Canaura said he did not regularly drive to south Florida, but occasionally visited a relative who lived near Atlantic Boulevard or Commercial Boulevard in Broward County. Canaura said he had not been to south Florida since the last time he visited his relative on May 8, 2018. When asked how his SUV could have been in Hallandale Beach on May 11, 2018, Canaura denied that his vehicle was ever in Hallandale Beach and again stated that his SUV never traveled south of Atlantic Boulevard or Commercial Boulevard. Canaura said he had not loaned his SUV to anyone in the past several months. When shown a picture of his SUV and license plate that was taken by a LPR camera on May 11, 2018, in Hallandale Beach, Canaura denied that it was his SUV.

19. Canaura was shown a picture of G.A., the brother of co-defendant Alfonso. Canaura identified the man in the picture and stated that G.A. was married to his niece. Canaura

was also shown a picture of co-defendant Alfonso. Canaura denied knowing Yandy Alfonso.

20. Canaura agreed to a search of his Infiniti SUV. From his SUV, the investigators recovered a red jacket, a cap with the letters, "N.Y.", on the front, sunglasses, and sneakers. The jacket and the cap matched the jacket and the cap that the Big Easy Casino security camera recorded Canaura wearing on May 11, 2018, at the time of the theft of the tractor-trailer.

21. On September 5, 2019, at the initial appearances of defendant Canaura and co-defendant Alfonso, an attorney entered a temporary appearance for defendant Canaura and stated, "Well, I was asked by Jose Canaura's son to appear on behalf of Mr. Canaura. And then, when I appeared today he also asked, because they are friends, to stand in for Mr. Alfonso as well for the initial appearance."

22. The tobacco products that on May 11, 2018, were knowingly stolen, unlawfully taken, and carried away by defendant Canaura and co-defendant Alfonso, with intent to convert to their own use, were goods valued at $206,138.40, and were goods moving as, part of, and constituted an interstate shipment of freight and property at that time.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 9/27/2019    By: _William T. Shockley_
WILLIAM T. SHOCKLEY
ASSISTANT UNITED STATES ATTORNEY

Date: 9/27/19    _[signature]_
ALVIN E. ENTIN
COUNSEL FOR THE DEFENDANT

Date: 9/27/19    _[signature]_
JOSE CANAURA
DEFENDANT

Translated by:
Leticia Kntro - court interpreter